```
       IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF TENNESSEE
                  WESTERN DIVISION
```

| | |
|---|---|
| JANET D. JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:13-cv-02655-JPM-cgc ) |
| PAYCHEX, INC., | ) ) |
| Defendant. | ) |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION; ORDER DISMISSING THE COMPLAINT**

Before the Court is the Magistrate Judge's "Report and Recommendation on In Forma Pauperis Screening Pursuant to 28 U.S.C. § 1915 and on Certification of Appealability Pursuant to Rule 24 of the Federal Rules of Appellate Procedure" (the "Report and Recommendation"), filed on October 7, 2013. (ECF No. 4.)  In the Report and Recommendation, the Magistrate Judge recommends that "Plaintiff's Complaint be DISMISSED pursuant to Section 1915 for failure to state a claim upon which relief may be granted and that leave to proceed in forma pauperis on appeal be DENIED pursuant to Rule 24 of the Federal Rules of Appellate Procedure."  (Id. at 1.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and

recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections expired on October 24, 2013. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 4) in its entirety.

Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), Plaintiff's Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE. Furthermore, pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A), the Court DENIES Plaintiff leave to proceed in forma pauperis on appeal and CERTIFIES that an appeal in this matter by Plaintiff is not taken in good faith.

**IT IS SO ORDERED,** this 25th day of October, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE